UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| HAFTER LAW, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 2:13-cv-01943-GMN-NJK |
| vs. | ) | |
| | ) | |
| NEELU PAL, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter came before the Court on Defendants' Motion for Pro Se Litigant to File Electronically (#7), which the Court hereby **GRANTS**. Plaintiff must comply with the following procedures in order to activate his CM/ECF account:

1. On or before **December 18, 2013**, Defendant must provide certification that she has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

2. Defendant is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

3. Upon timely filing of the certification, Defendant shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED this 18th day of November, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge